**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID NEMSADZE,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JOHN RIFE, Acting Field Office Director** | : | |
| **of Enforcement and Removal Operations,** | : | **No. 26-1821** |
| **Philadelphia Field Office, Immigration and** | : | |
| **Customs Enforcement; JAMAL L.** | : | |
| **JAMISON, Warden of Philadelphia Federal** | : | |
| **Detention Center,** | : | |
| | : | |
| Respondents. | : | |

## **ORDER**

**AND NOW,** this 20th day of March, 2026, upon consideration of David Nemsadze's

Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is

**GRANTED IN PART.**

It is **FURTHER ORDERED** as follows:

1. No later than **5:00 p.m. on March 23, 2026,** the respondents shall file a response

to the habeas petition and show cause why the petition should not be granted.

2. Petitioner David Nemsadze shall not be transferred outside the Eastern District of

Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the respondents at the following

email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

BY THE COURT:

_____
Hon. Mia R. Perez